IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| FABIAN YOUNG,<br>　　　　Plaintiff,<br><br>　　　v.<br><br>JACK GREENFIELD, et al,<br>　　　　Defendants. | C.A. No. 25-24 Erie<br><br>District Judge Susan Paradise Baxter<br>Chief Magistrate Judge Richard Lanzillo |

## MEMORANDUM ORDER

Plaintiff, an inmate or detainee at the Crawford County Correctional Facility in Saegertown, Pennsylvania ("CCCF"), commenced this action by filing a motion for leave to proceed *in forma pauperis* ("ifp motion") [ECF No. 1], together with an attached *pro se* civil rights complaint [ECF No. 1-1], on January 30, 2025. This matter was referred to Chief United States Magistrate Judge Richard A. Lanzillo for report and recommendation in accordance with the Magistrates Act, 28 U.S.C. §636(b)(1), and Rules 72.1.3 and 72.1.4 of the Local Rules for Magistrates.

Plaintiff's ifp motion has not yet been ruled upon and the complaint has not yet been docketed. Presently pending before the Court is Plaintiff's motion for temporary restraining order ("TRO motion"), which was filed on the same date as the ifp motion. [ECF No. 2]. In his TRO motion, Plaintiff alleges no facts whatsoever, but simply requests a release or transfer from CCCF.

On January 31, 2025, Judge Lanzillo issued a Report and Recommendation ("R&R") recommending that Plaintiff's TRO motion be denied because Plaintiff has not alleged any facts to establish either a likelihood of success on the merits or an imminent risk of irreparable harm.

[ECF No. 3]. No timely objections to the R&R have been filed by Plaintiff.

After *de novo* review of Plaintiff's motion and other documents in the case, together with the report and recommendation, the following order is entered:

AND NOW, this 28th day of February, 2025;

IT IS HEREBY ORDERED that Plaintiff's motion for temporary restraining order [ECF No. 2] is DENIED. The report and recommendation of Chief Magistrate Judge Lanzillo, dated January 31, 2025 [ECF No. 3], is adopted as the opinion of the court.

/s/ Susan Paradise Baxter
SUSAN PARADISE BAXTER
United States District Judge

cc:  The Honorable Richard A. Lanzillo
     Chief United States Magistrate Judge